# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANTHONY GUZMAN, Individually and On Behalf of All Similarly Situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARKET REFRIGERATION SPECIALISTS, INC. WILLIAM T. BADGER; and DOES 1 to 100, Inclusive;<br><br>　　　　Defendants. | CASE NO. EDCV 14-01653-VAP (SPx)<br><br>**ORDER RE STIPULATION FOR PROTECTIVE ORDER RE: DISCLOSURE AND EXCHANGE OF CONFIDENTIAL INFORMATION**<br><br>Complaint Filed: August 11, 2014 |

Good cause appearing, the Stipulation and Protective Order of Defendants MARKET REFRIGERATION SPECIALISTS, INC. and WILLIAM T. BADGER (collectively "Defendants") and Plaintiff ANTHONY GUZMAN ("Plaintiff") is APPROVED.

**IT IS SO ORDERED.**

DATED: March 26, 2015

_____
The Honorable Sheri Pym

**1**
**[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER RE: DISCLOSURE AND EXCHANGE OF CONFIDENTIAL INFORMATION                    EDCV 14-01653-VAP (SPx)**