UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Anthony Guzman,<br><br>             Plaintiff,<br><br>       v.<br><br>Market Refrigeration Specialists Inc et al.,<br><br>             Defendants. | EDCV 14-1653-VAP (SPx)<br><br>ORDER TO SHOW CAUSE RE: FAILURE TO FILE MEDIATION REPORT |

On January 12, 2015, the Court issued its Scheduling Order. Pursuant to that Order, the parties were required to file a joint report no later than ten days after the settlement conference. The final day to conduct a settlement conference was May 29, 2015. The Court subsequently continued the mediation completion deadline to September 26, 2015, and the deadline to file a joint report to October 8, 2015. As the Court received no joint mediation report, the Court ORDERS the parties to show cause, no later than February 12, 2016, why sanctions should not be imposed for failure to file a joint mediation report timely.

IT IS SO ORDERED.

Dated:     2/2/16

_____
Virginia A. Phillips
United States District Judge

1