# Gabriel A. Assaad

(713) 523-0001          4409 Montrose Blvd., Houston Texas 77006          gassaad@kennedyhodges.com

## PROFESSIONAL EXPERIENCE

**Kennedy Hodges, LLP,** Partner: Houston, TX
January 2012 to present

- Practice in personal injury and medical malpractice.
    - $1,600,000 medical malpractice verdict
    - $4,400,000 medical malpractice settlement
- Experience in FLSA Collective and Class Actions
    - $10,000,000 Settlement in the Northern District of California
    - Numerous six figure settlements in FLSA actions
- Manage Mass Tort Practice
    - Science and Discovery Committee in Bair Hugger PSC
    - Science Committee in Xarelto PSC
    - Discovery Committee in Taxotere PSC

**Assaad Law, PLLC,** Owner: Washington, D.C.
October 2008 to December 2014

- Practice in personal injury and medical malpractice.
    - $1,000,000 DRAM Shop verdict
    - $1,650,000 medical malpractice settlement

**Paulson & Nace,** Associate: Washington, D.C.
November 2003 to July 2008

- Litigated numerous cases involving products liability, medical malpractice, personal injury, and legal malpractice cases
- Responsible for every aspect of litigation from client screening, discovery, depositions, motions practice, mediation and arbitration, and trial, and appellate practice including the drafting of numerous appellate briefs
- Conducted over one-hundred depositions, which included medical doctors and experts
- Argued in front of the Court of Appeals for the District of Columbia and the Supreme Court of Virginia

**Dickstein, Shapiro, Morin & Oshinsky LLP**, Associate: Washington, D.C.
August 2001 to October 2003; Summer of 2000

- Litigated various matters for clients including intellectual property matters
- Litigation includes all aspects of discovery, including: drafting and responding to interrogatories; taking and defending depositions; organizing and analyzing discovery documents; and summarizing and analyzing deposition transcripts
- Draft and respond to various motions and briefs
- Participated in a multimillion dollar patent and trademark infringement suit involving high tech surveillance equipment
- Patent prosecution of mechanical as well as semi-conductor patents

## EDUCATION

**Vanderbilt University Law School**, Nashville, TN
JD Received May 2001
Vanderbilt Trial Lawyers Association; Intellectual Property Society; Phi Delta Phi; Legal Aid Society; Moot Court Participant

**University of Florida**, Gainesville, FL
B.S. in Mechanical Engineering, May 1996
Dean's List; American Society of Mechanical Engineers; Society of Automotive Engineers

## BAR ADMISSIONS

Texas; District of Columbia; Commonwealth of Virginia; United States Court of Appeals for the Fourth Circuit; United States District Court for the District of Columbia; United States District Court for the Eastern District of Virginia; United States District Court for the Western District of Virginia; Southern District of Texas, Western District of Texas; Northern District of Texas

## PROFESSIONSAL ASSOCIATIONS

American Association of Justice (member and litigation chair of the Bair Hugger Litigation group); Texas Trial Lawyers Association; DC Trial Lawyers Association; Houston Trial Lawyers Association