UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **EDCV 14-01653-VAP (SPx)** | Date **12/4/2017** |
| Title *Anthony Guzman, et al v. Market Refrigeration Specialists, Inc., et al* | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| George Moschopoulos | Jennifer Rosen |

**Proceedings:**   PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT; PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES;  [DOC NOS. 59 AND 62]

Matter called.  Counsel make their appearance.  Court issues hard copy of the tentative ruling, and hears oral argument.  Matter is taken under submission.

**IT IS SO ORDERED.**